# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ELIZABETH LEWIS,** )<br>)<br>**Plaintiff,** )<br>) | **8:06CV601** |
| vs. )<br>) | **ORDER** |
| **THE EVANGELICAL LUTHERAN** )<br>**GOOD SAMARITAN SOCIETY d/b/a** )<br>**GOOD SAMARITAN VILLAGE OF** )<br>**HASTINGS,** )<br>)<br>**Defendant.** ) | |

This matter is before the court on plaintiff's motion [8] for a 60-day extension of time to conduct discovery and to file a response to the defendant's pending Motion to Stay Proceedings and Compel Arbitration [6]. Defendant objects to this request.

I note that the parties have not exchanged initial disclosures or conferred pursuant to Fed. R. Civ. P. 26(f); their planning report is due on October 25, 2006. The parties may not conduct discovery until the planning conference has been held. Fed. R. Civ. P. 26(d).

Under the circumstances, the court finds that plaintiff should be given an extension of time to November 10, 2006 to respond to defendant's Motion.

**IT IS ORDERED** that plaintiff's motion [8] is granted in part, and plaintiff is given until and including November 10, 2006 to respond to defendant's Motion to Stay Proceedings and Compel Arbitration [6].

**DATED October 11, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**