IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELIZABETH LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV601** |
| vs. | ) | |
| | ) | **ORDER** |
| **THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY d/b/a GOOD SAMARITAN VILLAGE OF HASTINGS,** | ) ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

For good cause shown,

**IT IS ORDERED** that defendant's UNOPPOSED MOTION FOR EXTENSION OF DEADLINE [11] is granted. The parties are given until and including **December 28, 2006** to file their Rule 26(f) planning report. All other pending deadlines remain in effect.

**DATED October 25, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**