IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH LEWIS, ) | CASE NO. 8:06CV601 |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| EVANGELICAL LUTHERAN GOOD ) | |
| SAMARITAN SOCIETY, and ) | |
| LUTHERAN GOOD SAMARITAN ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Withdraw (Filing No. 26) the Plaintiff's Motion for Reconsideration / Statement of Appeal of the U.S. Magistrate's Order compelling arbitration. (Filing No. 23). Having reviewed the motion,

IT IS ORDERED:

1. The Motion to Withdraw (Filing No. 26) is granted; and

2. The Plaintiff's Motion for Reconsideration (Filing No. 23) is deemed withdrawn.

DATED this 29th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge