IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH LEWIS, | ) | CASE NO. 8:06-CV-601 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| THE EVANGELICAL LUTHERAN | ) | |
| GOOD SAMARITAN SOCIETY, d/b/a | ) | |
| GOOD SAMARITAN VILLAGE; | ) | |
| LUTHERAN GOOD SAMARITAN | ) | |
| ASSOCIATION d/b/a GOOD | ) | |
| SAMARITAN VILLAGE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion for dismissal. The unopposed motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that the motion should be granted.

IT IS HEREBY ORDERED:

1. The Plaintiff's Motion for Dismissal (filing no. 31) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

Dated this 27th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge